USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Victor Campbell,

            Plaintiff,

–v–

City of New York, *et al.*,

            Defendants.

21-cv-4056 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 27, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by September 3, 2021, for the conference scheduled September 10, 2021. Dkt. No. 12. The Court has not received the parties' submissions. The parties shall comply with the Court's August 27, 2021 order by September 8, 2021.

    SO ORDERED.

Dated: September 7, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge