UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2021
```

Victor Campbell,

           Plaintiff,

    –v–

City of New York et al.,

           Defendants.

21-cv-4056 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on September 10, 2021, ordered the parties to file a status update by November 8, 2021. Dkt. No. 15. The Court is not in receipt of any update. The parties shall file a status update by November 19, 2021.

SO ORDERED.

Dated: November 15, 2021
       New York, New York

                                  ALISON J. NATHAN
                                United States District Judge