```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Victor Campbell,

             Plaintiff,

–v–

City of New York et al.,

             Defendants.

21-cv-4056 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The parties' deadline of March 21, 2022, to submit a status update, Dkt. No. 20, is hereby adjourned to April 19, 2022.

SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge