UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR CAMPBELL,

                Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-4056 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties' deadline to submit a status update, ECF No. 22, is extended to **May 25, 2022.**

SO ORDERED.

Dated:    New York, New York
            April 25, 2022

                                                                                 _____
                                                                                John G. Koeltl
                                                         United States District Judge