

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Omar J. Siddiqi**
*Senior Counsel*
phone: (212) 356-2345
osiddiqi@law.nyc.gov

April 5, 2022

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Victor Campbell v. City of New York, et al.</u>
             21 Civ. 4056 (JGK)

Your Honor:

        I am counsel for the Defendants in this case. Defendants write to respectfully request that the Court remove this case from the 1983 Plan mediation requirement and schedule an initial conference. Defendants have conferred with plaintiff who has no objection to the instant request.

        The reason for this request is that, at this time, defendants are unable to assign a settlement value to this case. Defendants have been unable to locate any documents substantiating plaintiff's claim that he was held in NYPD custody in the manner alleged in the Complaint. For that reason, at this time, defendants cannot meaningfully negotiate in a mediation, because there is no independent documentation that confirms plaintiff's allegations.

        At this time, the parties respectfully request that the Court relieve the parties of the requirement to participate in 1983 Plan mediation, and that the Court schedule an initial conference

Respectfully submitted,

*/s/ Omar J. Siddiqi*

Omar J. Siddiqi
*Senior Counsel*
Special Federal Litigation Division