UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CAMPBELL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>        Defendants. | 21-CV-04056 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

 The Court is in receipt of the parties' joint letter, dated October 19, 2022, filed in response to the Court's September 19, 2022 Reassignment Order. ECF No. 30. The Scheduling Order entered by Judge Koeltl on May 24, 2022 remains in effect. ECF No. 28.

 IT IS HEREBY ORDERED that the parties shall appear for a post-discovery pretrial conference on **December 14, 2022**, at 2:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

 If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of discovery, they may contact the Court for a referral at any time.

Dated: October 20, 2022
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge