**Law Office of Mohammed Gangat**  675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

November 3, 2022

<u>via ECF</u>
Hon. Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Rm 1920,
New York, NY 10007

      RE: *Victor Campbell v. City of New York, et. al.*,
        <u>No. 1:21-cv-04056-JLR</u>

To the Honorable Judge Rochon:

 I represent plaintiff Victor Campbell ("Plaintiff") and submit this letter regarding the motion to withdraw as counsel that was filed today.

 My office filed the motion papers at ECF #34 but later realized that there are two attorneys on record and that we both need to withdraw. Accordingly, we have supplemented that filing with the motion papers at ECF #35.

 I now respectfully and kindly request this Honorable Court disregard the motion filed at ECF #34.

 As always, I thank this Court for its time and consideration.

            Respectfully submitted,
            ***/s Mohammed Gangat***
            Mohammed Gangat, Esq.