UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CAMPBELL, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK, and NYPD OFFICERS JOHN DOES #1-4 (TRUE NAMES BEING PRESENTLY UNKNOWN),<br><br>       Defendants. | 21-cv-4056 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  IT IS HEREBY ORDERED that all counsel and Plaintiff Victor Campbell shall appear for a conference on **November 30, 2022**, at **2:30 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. Plaintiff's counsel shall serve Plaintiff will a copy of this order and file proof of service on the docket by **November 9, 2022**.

Dated: November 4, 2022
    New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge