**Law Office of Mohammed Gangat**  675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

December 1, 2022

<u>via ECF</u>
Hon. Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Rm 1920,
New York, NY 10007

              **RE:**    *Victor Campbell v. City of New York, et. al.,*
                        **No. 1:21-cv-04056-JLR**

To the Honorable Judge Rochon:

    I write to provide the information Your Honor requested. During yesterday's hearing on my motion to withdraw as Plaintiff's counsel, Your Honor asked that I provide the most recent contact information my office has for the plaintiff. That information is as follows:

        Name: Mr. Victor Campbell
        Mailing Address: 50 West 132nd Street, Apt 1G, New York, NY 10037.
        Email: victorc1995@icloud.com
        Phone: 9295416271

    As always, I thank this Court for its time and consideration.

                                                       Respectfully submitted,
                                                      */s* **Mohammed Gangat**
                                                      Mohammed Gangat, Esq.