

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BAILEY FORCIER**
phone: (212) 356-5054
fax: (212) 356-3509
bforcier@law.nyc.gov

March 2, 2023

**Via ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re: <u>Campbell v. City of New York, et al.</u>,
        21 Civ. 04056 (JLR)

Your Honor:

   I represent defendant the City of New York (the "City") in the above-referenced matter. The City writes to respectfully inform the Court of a scheduling conflict regarding the conference currently scheduled for March 8, 2023, at 10:30 a.m., and to respectfully request that the Court (1) move the start of the conference to later in the day on March 8, 2023; or (2) adjourn the conference to a later date convenient for the Court. This is the City's first such request. Plaintiff consents to this request.

   By way of background, on December 2, 2022, the Court granted plaintiff's counsel's motion to withdraw as counsel. (<u>See</u> ECF No. 43). The Court also stayed the case and ordered that: "Plaintiff must inform the Court whether he has obtained new counsel or plans to proceed *pro se*. If Plaintiff does not file any letter, the case may be dismissed for failure to prosecute." (<u>Id.</u>) The Court did not receive a letter from plaintiff and adjourned the conference to March 1, 2023, but due to a clerical error, that Order was not mailed to Plaintiff. (<u>See</u> ECF No. 46). On February 23, 2023, the Court adjourned the conference to March 8, 2023, at 10:30 a.m., and also ordered plaintiff to inform the Court by March 3, 2023, whether he has obtained new counsel or plans to proceed *pro se.* (<u>See</u> ECF No. 49).

   However, I currently have a telephonic pre-settlement conference in another case—<u>Adamson v. Miller, et al.</u>, 10-CV-02300 (NGG) (LB)—scheduled for the same date at 9:30 a.m. before the Honorable Lois Bloom in the Eastern District of New York. (<u>See id.</u> at ECF No. 180). As such, the City respectfully requests that the Court move the conference to later in the day on

March 8, 2023, or, alternatively, adjourn the conference to a later date convenient to the Court. For the Court's convenience, the parties are available for a telephonic conference any time on March 13 and 17, 2023, or an in-person conference any time on March 22, 23, or 24, 2023.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Bailey Forcier*
Bailey Forcier
*Assistant Corporation Counsel*

To:     **Via First-Class Mail**
Victor Campbell
*Plaintiff* pro se
50 West 132nd Street #1G
New York, NY 10037

The request is GRANTED.  The March 8, 2023 Conference at 10:30AM is adjourned to **March 8, 2023** at **4:00PM**.  Defendant shall serve a copy of this on Plaintiff by mail, email, and, if possible, shall notify Plaintiff of the time change by telephone.

Dated: March 3, 2023
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

## DECLARATION OF SERVICE BY MAIL

I, Bailey Forcier, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on March 2, 2023 I served a true and correct copy of the following documents, March 2, 2023: **LETTER MOTION to Adjourn Conference to a Later Date or Move the Start of the Conference to Later in the Day on March 8, 2023 (ECF No. 51),** to plaintiff at the address below by depositing a copy of said documents, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York:

Victor Campbell
*Plaintiff* pro se
50 West 132nd Street #1G
New York, NY 10037

Dated: New York, NY
          March 2, 2023

/s/ *Bailey Forcier*_____
Bailey Forcier
*Assistant Corporation Counsel*
Special Federal Litigation Division